UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  CASE NO. 3:19-cv-1480-J-32JBT

REAL PROPERTY, INCLUDING ALL
IMPROVEMENTS THEREON AND
APPURTENANCES THERETO,
LOCATED AT 22020 FRONT BEACH
ROAD, UNIT 2, PANAMA CITY
BEACH, FLORIDA;

and

3232 MAGNOLIA ISLANDS BOULEVARD,
PANAMA CITY BEACH, FLORIDA,

    Defendants.

## UNITED STATES' CONSENT MOTION FOR
## STAY OF CIVIL FORFEITURE PROCEEDINGS

The Plaintiff, the United States of America, hereby moves for a stay of forfeiture proceeding pursuant to 18 U.S.C. § 981(g)(1). In support of its motion, the United States submits the following:

    1.      On December 31, 2019, the United States filed a Verified Complaint for Forfeiture *In Rem*, Doc. 1, seeking forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 18 U.S.C. § 981(a)(1)(A), of the following:

    a.    22020 Front Beach Road, Unit 2, Panama City Beach, Bay County, Florida 32413, including all improvements thereon and appurtenances thereto, more particularly described as:

UNIT 2:

COMMENCE at the Northeast corner of Lot 10, Block 5, Kiska Beach Subdivision, according to the Plat thereof, as recorded in Plat Book 3, Page 24, of the Public Records of Bay County, Florida; thence S23°22'32"W, along the East line of said lot, a distance of 125.15 feet to the Southeast corner of said lot; thence N66°28'49"W, along the South line of said lot, a distance of 50.14 feet to the Northeast corner of Lot 16, of said Block 5; thence S23°20'24"W, along the East Line of said Lot 16, a distance of 16.47 feet; thence leaving said East line, N66°39'36"W, a distance of 9.35 feet; thence N66°48'00"W, a distance of 22.25 feet; thence S23°46'36"W, a distance of 8.04 feet; thence N66°43'50"W, a distance of 18.78 feet to the POINT OF BEGINNING; thence continue N66°43'50"W, a distance of 18.62 feet; thence N23°18'04"E, a distance of 7.99 feet; thence N66°37'29"W, a distance of 1.00 feet; thence S23°45'08"W, a distance of 76.03 feet; thence S66°44'11"E, a distance of 20.25 feet; thence N23°15'49"E, a distance of 68.04 feet to the POINT OF BEGINNING. Said parcel is part of Lot 17, Block 5, of said Kiska Beach Subdivision.

Parcel Identification No. 36015-000-015; and

    b.    3232 Magnolia Islands Boulevard, Panama City Beach, Bay County, Florida 32408, including all improvements thereon and appurtenances thereto, more particularly described as:

Lot 181 and 182, The Preserve on the Bay Phase IV-A, according to the map or plat thereof, as recorded in Plat Book 19, Page 6 of the Public Records of Bay County, Florida.

Parcel Identification No. 31365-860-000

(Defendant Properties).

2. There is an ongoing federal criminal investigation which involves, *inter alia*, the same facts of this civil forfeiture proceeding, that is, whether the defendant properties were purchased with proceeds of health care fraud, mail fraud and wire fraud, in violation of 18 U.S.C. § 1347, 18 U.S.C. § 1341, and 18 U.S.C. § 1343, and/or the financial transaction conducted to purchase the defendant properties were made in violation of 18 U.S.C. § 1957. Civil discovery would directly and adversely affect the ability of the government to conduct the related criminal investigation.

3. The undersigned has been informed by the Assistant United States Attorney handling the related federal criminal matter that the criminal investigation currently remains ongoing; therefore, the United States requests a stay of the instant civil forfeiture case until the conclusion of the related criminal investigation.

4. The United States knows of only three potential claimants to the Defendant Properties: title owner of 22020 Front Beach Road – Sabry Sarah Lynn White; title owner of 3232 Magnolia Islands Boulevard - the Edward Christopher White, Jr. Family Protection Trust; and Edward Christopher White, Jr., who conveyed his interest in the properties to the title owners above. The undersigned has been authorized by their attorney, A. Lee Bentley, III,

Esquire, to represent that the potential claimants consent to the stay of the civil case pending the conclusion of the criminal investigation.

## MEMORANDUM OF LAW

Title 18 United States Code, Section 981(g), provides for the stay of a civil forfeiture case pending the conclusion of a criminal investigation or trial. Section 981(g)(1) states: "Upon the motion of the United States, the court shall stay the civil forfeiture proceeding if the court determines that civil discovery will adversely affect the ability of the Government to conduct a related criminal investigation or the prosecution of a related criminal case."

WHEREFORE, for the reasons stated above, the United States respectfully moves this Court for an Order staying the civil forfeiture proceeding until the conclusion of the related criminal investigation.

Respectfully submitted,

MARIA CHAPA LOPEZ
United States Attorney

By: *s/ Bonnie A. Glober*
BONNIE A. GLOBER
Assistant United States Attorney
Florida Bar No. 0748307
300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
Telephone: (904) 301-6300
Facsimile: (904) 301-6310
Email:  bonnie.glober@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

    A. Lee Bentley, III, Esquire

                            By:    *s/ Bonnie A. Glober*
                                      BONNIE A. GLOBER
                                      Assistant United States Attorney